In the Matter of the Probate of the Last Will and Testament of BRIDGET FLYNN, Deceased.— Decree affirmed, with costs to the respondent payable out of the

estate. All concur. (The decree admits the alleged last will of the decedent to probate.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.